UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS CORPORATION,

    *Plaintiff*,

vs.

LANARD TOYS, INC., and
LANARD TOYS LIMITED,

    *Defendants*.

HONORABLE ARTHUR TARNOW

CIVIL ACTION NO. 01-71103

JURY TRIAL DEMANDED

| | |
|---|---|
| MARK A. CANTOR (P32661)<br>MARC LORELLI (P63156)<br>BROOKS & KUSHMAN P.C.<br>1000 Town Center<br>Twenty-Second Floor<br>Southfield, Michigan 48075<br>Tel: (248) 358-4400<br>Fax: (248) 358-3351<br><br>*Attorneys for Plaintiff* | STEPHEN WASINGER (P25963)<br>GREGORY D. HANLEY (P51204)<br>TAMMIE J. TISCHLER (P59516)<br>WASINGER KICKHAM AND HANLEY<br>100 Beacon Centre<br>26862 Woodward Avenue<br>Royal Oak, Michigan 48067-0958<br>Tel: (248) 414-9900<br>Fax: (248) 414-9906<br><br>*Attorneys for Defendants* |
| CHARLES E. ELLERBROCK (P43795)<br>GENERAL MOTORS CORPORATION<br>LEGAL STAFF<br>300 Renaissance Center<br>Detroit, Michigan 48265-3000<br>Tel: (313) 665-4709<br>Fax: (313) 665-4976<br><br>*Of Counsel for Plaintiff* | RICHARD P. SYBERT<br>GORDON & REES LLP<br>101 West Broadway, Suite 1600<br>San Diego, California 92101<br>Tel: (619) 696-6700<br>Fax: (619) 696-7124<br><br>*Of Counsel for Defendants* |

## GENERAL MOTORS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE HUMMER VEHICLE TRADE DRESS AND THE HUMMER NOSE DESIGN TRADEMARK

BK
LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

115

Plaintiff, General Motors Corporation, hereby moves this Court for summary judgment of infringement of U.S. Registration No. 1,959,544 for the Hummer Nose Design Trademark and for infringement of the Hummer vehicle trade dress. The bases for this motion are set forth in the accompanying brief. Plaintiff requested concurrence from the defendants regarding its motion in accordance with L.R. 7.1(a), concurrence was not obtained.

> Respectfully submitted,
>
> **BROOKS & KUSHMAN P.C.**
>
> By: _____
> MARK A. CANTOR (P32661)
> MARC LORELLI (P63156)
> 1000 Town Center
> Twenty-Second Floor
> Southfield, Michigan 48075
> Tel: (248) 358-4400
> Fax: (248) 358-3351
>
> *Attorneys for Plaintiff*

Dated: May 12, 2003

<u>*OF COUNSEL*:</u>

Charles H. Ellerbrock (P43795)
General Motors Corporation Legal Staff
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265-3000



BK
LAW OFFICES
ROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400