## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GENERAL MOTORS CORPORATION,
and AM GENERAL, LLC,

        Plaintiffs,

vs.

LANARD TOYS, INC., and
LANARD TOYS LIMITED,

        Defendants.

HONORABLE **ARTHUR TARNOW**

CIVIL ACTION NO. <u>01-71103</u>
CIVIL ACTION NO. 03-72731

**FILED** APR 2 7 2004
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

*JURY TRIAL DEMANDED*

---

MARK A. CANTOR   (P32661)
MARC LORELLI   (P63156)
**BROOKS KUSHMAN P.C.**
*Attorneys for Plaintiff*

CHARLES E. ELLERBROCK   (P43795)
**GENERAL MOTORS CORPORATION**
*Of Counsel for Plaintiff General Motors*

PAUL J. PERALTA
GERARD T. GALLAGHER
JEFF R. HECK
**BAKER & DANIELS**
*Attorneys for Plaintiff AM General*

STEPHEN WASINGER   (P25963)
GREGORY D. HANLEY   (P51204)
TAMMIE J. TISCHLER   (P59516)
**WASINGER KICKHAM AND HANLEY**
*Attorneys for Defendants*

RICHARD P. SYBERT
**GORDON & REES LLP**
*Of Counsel for Defendants*

KEVIN D. O'REAR
Vice President and General Counsel
**AM GENERAL LLC**
*Of Counsel for Plaintiff AM General*

M. V. KELL
MARGARET A. LYNCH
**KELL & LYNCH, P.C.**
*Of Counsel for Plaintiff AM General*

---

## EXHIBITS TO
## DECLARATION OF MARC LORELLI

**– CONFIDENTIAL-ATTORNEYS' EYES ONLY –**
THIS ENVELOPE (CONTAINER) CONTAINS
DOCUMENTS (OBJECTS) SUBJECT TO THE PROTECTIVE ORDER
ENTERED IN THIS CASE ON JANUARY 14, 2002. IT IS NOT TO
BE OPENED NOR THE CONTENTS THEREOF DISPLAYED,
REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.



Brooks Kushman P.C.
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238

(248) 358-4400
ax (248) 358-3351

www.brookskushman.com

# SEALED MATTER

# DOCUMENT PLACED IN VAULT